Rayminh L. Ngo, Esq.,
SDNY #RN4834
HIGBEE & ASSOCIATES (Of Counsel)
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
rngo@higbeeassociates.com
*Counsel for Plaintiff,*
CHRISTOPHER SADOWSKI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                          Plaintiff,<br><br>v.<br><br>DANIEL B. TISDALE d/b/a HARLEM WORLD MAGAZINE; and DOES 1-10, inclusive,<br><br>                          Defendants. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Christopher Sadowski alleges as follows:

## JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunction relief for

copyright infringement under the Copyright Act of the United States, 17 U.S.C. §

101 *et seq.*

2.      This Court has subject matter jurisdiction over Plaintiff's claims for

1

copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within the State of New York Defendant's acts of infringement complained of herein occurred in the State of New York, and Defendant caused injury to Plaintiff within the State of New York.

4.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## **PARTIES**

5.     Plaintiff Christopher Sadowski ("Sadowski" or "Plaintiff") resides in the City of Hawthorne in the State of New Jersey and is a professional photographer by trade.

6.     Plaintiff is informed and believes, and thereon alleges, that Defendant Daniel B. Tisdale ("Defendant") is an individual doing business as Harlem World Magazine.

7.     On information and belief, Defendant is the owner and operator of the website www.harlemworldmag.com ("Defendant's Website") which, on information and belief, posts content in order to drive traffic and generate

2

advertising revenue. A true and correct copy of the ICANN WHOIS Database Registrant information for Defendant's Website is attached hereto as Exhibit A.

8.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

9.     For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers       of       Defendants       named       in       this       caption.

## FACTUAL ALLEGATIONS

10.     Plaintiff Christopher Sadowski is a professional photographer by trade. Sadowski has licensed or sold his photographs to dozens of major media outlets such as The New York Post, Boston Globe, Boston Herald, Los Angeles Times, Toronto Sun, Newsweek Magazine, People Magazine, the Associated

Press, and USA Today.

11.     Sadowski is the sole author and exclusive rights holder to an original photograph of disgraced New York State Senate candidate Jon Girodes (the "Image"). A true and correct copy of the original Image is attached hereto as Exhibit B.

12.     Sadowski registered the Image with the United States Copyright Office under registration number VA 2-026-489.

13.     Sadowski's Image originally appeared in the New York Post ("Post") in a September 6, 2017 article titled "Former senate candidate gets prison for Craigslist rent scam." (the "Post Article"). *See* https://nypost.com/2017/09/06/former-senate-candidate-gets-prison-for-craigslist-rent-scam/.

14.     Sadowski's Image featured in the Post Article included a credit below the bottom left corner crediting the Image to Sadowski.

15.     On or about September 6, 2017, an article titled "Former Harlem Senate Candidate Gets Prison For Craigslist Rent Scam" featuring Sadowski's Image with the photo credit removed appeared ("Infringing Article") on Defendant's Website. Attached hereto as Exhibit C is a true and correct copy of the Infringing Article featured on Defendant's Website showing Defendants' infringing use of Sadowski's Images with the photo credit removed.

16.   The file of the Image as uploaded on Defendant's Website on is labeled 101416girodes6cs, which is the name as the file Sadowski registered with the Copyright Office and uploaded to the Post. *See* http://harlemworldmag.com/wp-content/uploads/2017/09/101416girodes6cs.jpg.

17.   Sadowski never authorized Defendants to use the Image in any manner.

18.   On information and belief, Defendant willfully removed Sadowski's photo attribution because Defendant knew it did not have permission to use the Images.

19.   On September 26, 2017, Plaintiff's counsel sent a cease and desist letter to Defendant requesting, *inter alia*, that the Defendant remove the Image from Defendant's Website.

20.   On November 6, 2017, Plaintiff's counsel sent a second letter to Defendant.

21.   As of the date of this Complaint, Sadowski's Image is still displayed on Defendant's Website. Attached hereto as Exhibit D is a true and correct time stamped screenshot of Defendant's Website showing that Sadwoski's Image is still active;  *see  also*  http://harlemworldmag.com/wp-content/uploads/2017/09/101416girodes6cs.jpg.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq*

22.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

23.     Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Image.

24.     Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Image of the Plaintiff without Plaintiff's consent or authority, by using it in the Infringing Article on Defendant's Website.

25.     As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

26.     As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

27.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

## SECOND CAUSE OF ACTION
## FALSIFICATION, REMOVAL AND ALTERATION OF COPYRIGHT MANAGEMENT INFORMATION
## 17 U.S.C. § 1202

28.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

29.     On information and belief, Defendant knew that Plaintiff created the Image because, *inter alia*, the source of the Image that Defendant used to make infringing copy, the Post Article, specifically attributed the Image to Plaintiff.

30.     Defendant intentionally falsified copyright management information related to the Images with the intent to induce, enable, facilitate, or conceal an infringement of Plaintiff's rights under the Copyright Act. Specifically, Defendant purposefully failed to credit Plaintiff in order to mislead the public into believing that Defendant either owned the Image or had legitimately licensed it for use in the Infringing Article.

31.     Defendant's conduct constitutes a violation of 17 U.S.C. § 1202(a), and 1202(b).

32.     Defendant's falsification, removal and/or alteration of that copyright management information was done without Plaintiff's knowledge or authorization.

33.     Defendant's falsification of said copyright management information was done by Defendant intentionally, knowingly, and with the intent to induce,

enable, facilitate, or conceal Defendant's infringement of Plaintiff's copyright in the Image. Defendant also knew, or had reason to know, that such removal and/or alteration of copyright management information would induce, enable, facilitate, or conceal Defendant's infringement of Plaintiff's copyright in the Images.

34.    Plaintiff has sustained significant injury and monetary damages as a result of Defendant's wrongful acts as hereinabove alleged, and as a result of being involuntarily associated with Defendant in an amount to be proven.

35.    In the alternative, Plaintiff may elect to recover statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in a sum of not more than $25,000 from Defendant for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c);

- For statutory damages against Defendant pursuant to 17 U.S.C. § 1203(c)(3) in a sum of not more than $25,000 for each violation of 17 U.S.C. § 1202;

- For general and special damages against Defendant according to proof together with interest thereon at the maximum legal rate;

- For costs of litigation and reasonable attorney's fees against Defendant

pursuant to 17 U.S.C. § 505;

- For an injunction preventing Defendant from further infringement of all

  copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and

- For any other relief the Court deems just and proper.


Dated: February 16, 2018                 Respectfully submitted,

                                         **/s/ Rayminh L. Ngo**
                                         Rayminh L. Ngo, Esq.,
                                         SDNY #RN4834
                                         HIGBEE   &   ASSOCIATES   (Of
                                         Counsel)
                                         1504 Brookhollow Dr., Ste 112
                                         Santa Ana, CA 92705-5418
                                         (714) 617-8350
                                         (714) 597-6729 facsimile
                                         rngo@higbeeassociates.com
                                         *Counsel for Plaintiff*

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, Christopher Sadowski, hereby demands a trial by jury in the above matter.


Dated: February 16, 2018                    Respectfully submitted,


                                            **/s/ <u>Rayminh L. Ngo</u>**
                                            Rayminh L. Ngo, Esq.,
                                            SDNY #RN4834
                                            HIGBEE   &   ASSOCIATES   (Of
                                            Counsel)
                                            1504 Brookhollow Dr., Ste 112
                                            Santa Ana, CA 92705-5418
                                            (714) 617-8350
                                            (714) 597-6729 facsimile
                                            rngo@higbeeassociates.com
                                            *Counsel for Plaintiff*

# Exhibit "A"

简体中文    **English**    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

---

harlemworldmag.com        Lookup

*Showing results for: HARLEMWORLDMAG.COM*

Original Query: harlemworldmag.com

## Contact Information

### Registrant Contact
Name: Dan Tisdale
Organization: The Harlem World Magazine
Mailing Address: 367 Lenox Avenue Suite #4E, New York New York 10027 US
Phone: 2126967929
Ext:
Fax:
Fax Ext:
Email:harlemworldinfo@yahoo.com

### Admin Contact
Name: Dan Tisdale
Organization: The Harlem World Magazine
Mailing Address: 367 Lenox Avenue Suite #4E, New York New York 10027 US
Phone: 2126967929
Ext:
Fax:
Fax Ext:
Email:harlemworldinfo@yahoo.com

### Tech Contact
Name: Dan Tisdale
Organization: The Harlem World Magazine
Mailing Address: 367 Lenox Avenue Suite #4E, New York New York 10027 US
Phone: 2126967929

Ext:
Fax:
Fax Ext:
Email:harlemworldinfo@yahoo.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2017-10-13
Created Date: 2002-10-13
Registrar Expiration Date: 2018-10-13

## Name Servers

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: HARLEMWORLDMAG.COM
Registry Domain ID: 91161514_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-10-13T17:55:33Z
Creation Date: 2002-10-13T01:31:07Z
Registrar Registration Expiration Date: 2018-10-13T01:31:07Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Dan Tisdale
Registrant Organization: The Harlem World Magazine
Registrant Street: 367 Lenox Avenue Suite #4E
Registrant City: New York
Registrant State/Province: New York
Registrant Postal Code: 10027
Registrant Country: US
Registrant Phone: 2126967929
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: harlemworldinfo@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Dan Tisdale
Admin Organization: The Harlem World Magazine
Admin Street: 367 Lenox Avenue Suite #4E
Admin City: New York
Admin State/Province: New York
Admin Postal Code: 10027
Admin Country: US
Admin Phone: 2126967929
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: harlemworldinfo@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Dan Tisdale
Tech Organization: The Harlem World Magazine
Tech Street: 367 Lenox Avenue Suite #4E
Tech City: New York
Tech State/Province: New York
Tech Postal Code: 10027
Tech Country: US
Tech Phone: 2126967929
```

```
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: harlemworldinfo@yahoo.com
Name Server: NS33.DOMAINCONTROL.COM
Name Server: NS34.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-02-15T20:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-
en

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial
purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
Note: WHOIS consumers who are now receiving masked data can find
instructions on how to apply for whitelisting here:
https://www.godaddy.com/help/masking-contact-information-shared-
via-whois-automated-access-points-27421
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers      Privacy Policy

# Exhibit "B"



# Exhibit "C"


SOCIAL SECURITY STINKS
Born Before 1969? You can get an extra $2,194 monthly with this...
Palm Beach Research G...
FULL STORY HERE

# harlem world
around the block, around the world

| Home | Shop | Radio | Magazine | The Best | The World | Submit A Tip | Sections | Festival |

Services


HARLEM
72°

## Trending





## Video


Dear DREAMers: W...

Harlem City Council Speaker Melissa Mark-Viverito remarks DACA press conference with others.

## Get Harlem World

Join 7,553 other subscribers

Email Address

Subscribe

---

← Previous   Next →

# Former Harlem Senate Candidate Gets Prison For Craigslist Rent Scam

Posted on 09/07/2017 by Harlem World Magazine — Leave a reply




NY Post reports that a disgraced New York State Senate candidate was sentenced to three to six years in prison Wednesday for ripping off more than a dozen people in a Craigslist rent scam.

Jon Girodes, 39, previously took a plea deal for defrauding his victims out of more than $63,000, according to the Manhattan District Attorney's Office.

He listed his luxury Midtown pad for $1100 a month, took hefty deposits from 13 victims then refused to hand over the keys from August to September of 2016, authorities said.

"In New York's competitive real estate market, a luxury one-bedroom apartment on 42nd Street listed at a deeply discounted rate was too good to be true," said DA Cyrus Vance Jr. in a statement.

Girodes met with each of the 13 victims, falsely claimed he owned the unit and signed overlapping leases with them.

But the crooked pol had no authority to sublease the apartment, officials said.

At the last minute, he told the victims they wouldn't be able to move in, but many had already incurred moving costs and were left without a place to stay, the DA's office said.

Girodes was running for a Harlem state senate seat when he was busted for the scam last year.


Up to 30% off furniture through Saturday.*
shop now
*restrictions may apply

Joanna Finally Confirms Rumors - She's back for one last fix up

Why she left HGTV's Fixer Upper

itunes.apple.com



Follow Us On Twitter

Tweets by @hwmag

HarlemWorldMagazine
@hwmag

Planned Parenthood Of NYC Joins Call To Remove Dr. J. Marion Sims Statue
goo.gl/fb/UYXxwF

Planned Parentho...
When images of w...
harlemworldmag.c...

Embed          View on Twitter



RSS - Posts

RSS - Comments

## Magazine



The cover of the "Holiday Issue"
Fall 2008 issue.



harlem world
Advertising done right
LEARN MORE

## Sponsored Love



Click image (above) to get more info
about the Harlem Brew Fest 2017,

## Harlem World Talks

Harlem's Flo Anthony Talks Stories,
Stars & Love



Click HERE for details Join host
Eartha Watts-Hicks for a fabulous
night of talk with legendary
journalist and celebrity Flo
Anthony Tuesday, September
26th, 2017, at 6 pm EST, at RAW
SPACE in Harlem, NY.

---

Related articles

- NYC Prosecutors To Dismiss 700,000 Open
  Warrants From Harlem To Hollis – Harlem World
  Magazine (harlemworldmag.com)
- Harlem Woman Gets Prison For Trying To Murder
  Boyfriend With Hot Oil – Harlem World Magazine
  (harlemworldmag.com)
- Cops Indicted For Unlawful Washington Heights
  Arrest (harlemworldmag.com)

## Related Post



Zaire Polite From
Harlem Is Missing
Person



Yummy, After Three
Years, A
Neighborhood
Favorite ...



Youth Explore Music
From Around The
World At PAL&#...



Your Invited To A
Bed Aerobics Fitness
Flow At Ra...

Share this:

   



Harlem Woman
Gets Prison For
Trying To Murder
Boyfriend With
Hot Oil



Phony Harlem
Real Estate
Agent Gets 3-6
Years



Harlem Rep
Mark Levine And
Others Host Hate
Crimes
Community
Forum

This entry was posted in Harlem, politics and tagged Craigslist,
Cyrus Vance Jr., Harlem, Jon Girodes, Manhattan District
Attorney's Office, New York State by Harlem World Magazine.
Bookmark the permalink.

---



### About Harlem World Magazine

HARLEMWORLDMAG.COM the #1 magazine in the
world for all things Harlem, helping readers live their best
life around the block, around the world of Harlem.

View all posts by Harlem World Magazine →

You must log in to post a comment.

---

Like Us @harlemhistory



---

Custom Search

Search

---

The World of Harlem



---



---



Planned Parenthood
Of NYC Joins Call To
Remove Dr....



Administration For
Children's Services
Releases A ...



Harlem's Tupac
Amaru Shakur 1971 –
September...





# Exhibit "D"

